ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Access Communications Group, LLC | ) ASBCA No. 63021 |
| | ) |
| Under Contract No. FA4855-20-C-0015 | ) |

APPEARANCE FOR THE APPELLANT:     Edward J. Kinberg, Esq.
      Stewart Law CS, LLC
      Rockledge, FL

APPEARANCES FOR THE GOVERNMENT:     Jeffrey P. Hildebrant, Esq.
      Deputy Chief Trial Attorney
     Nicholas T. Iliff, Jr., Esq.
      Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE EYESTER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $75,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: February 11, 2022

_____
LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____                     _____
RICHARD SHACKLEFORD                         OWEN C. WILSON
Administrative Judge                        Administrative Judge
Acting Chairman                             Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals



I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63021, Appeal of Access Communications Group, LLC, rendered in conformance with the Board's Charter.

Dated: February 11, 2022


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals